# IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT ANCHORAGE

___Richard Helms___
Plaintiff(s),

vs.

___Bradley Logan, M.D. and___
___Norton Sound Health Corporation___
___an Alaska corporation___
Defendant(s).

CASE NO. 3AN- __10-10381__

**SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

To Defendant: ___Norton Sound Health Corp.___

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) ___Richard J. Helms___, whose address is: ___PO Box 100916___.
___Anchorage, AK 99510-0916___

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm, to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[x] This case has been assigned to Superior Court Judge ___Hillman___
and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

___8-20-10___   By: ___[signature]___
Date                    Deputy Clerk

I certify that on ___8-20-10___ a copy of this Summons was [ ] mailed [x] given to
[ ] plaintiff   [x] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order   [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/05)(st.3)                                    Civil Rules 4, 5, 12, 42(c), 55
SUMMONS

Case 3:11-cv-00062-TMB   Document 1-1   Filed 04/01/11   Page 1 of 4

Law Offices of Richard J. Helms
Mail: P.O. Box 100916, Anchorage, AK 99510-0916
Tel. (907) 338-7425

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

# THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| RICHARD HELMS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRADLEY LOGAN, M.D. and NORTON )<br>SOUND HEALTH CORPORATION, An )<br>Alaska Corporation, )<br>)<br>Defendants. )<br>_____ ) | COPY<br>Original Received<br>AUG 3 0 2010<br>Clerk of the Trial Courts<br><br>CASE NO. 3AN-10-10287 CI |

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff by and through counsel, the Law Offices of Richard J. Helms, and brings this action and states as follows:

1. The Plaintiff was at all time relevant herein a resident of the State of Alaska.

2. Defendant Bradley Logan, M.D. at all time relevant herein practiced medicine in the State of Alaska.

3. Defendant Norton Sound Health Corporation was at all time relevant herein an Alaska Corporation maintaining a principal place of business in the State of Alaska where it is headquartered and engages in providing health care services.

COMPLAINT
*Helms v. Bradley Logan, M.D. and Norton Sound Health Corporation*
Page 1 of 3

4. On August 29, 2008 Bradley Logan was working as an emergency room physician at the Norton Sound Regional Hospital, operated by the Norton Sound Health Corporation and provided medical services to Plaintiff.

5. Plaintiff presented to Dr. Logan at Norton Sound Regional Hospital with sudden onset of substantial vision loss on one side affecting both eyes, sudden stabbing eye pain, disorientation, nausea and a never before experienced severe headache.

6. Despite Plaintiff presenting with several medical risk factors, informing Defendant Dr. Logan that he rarely experienced headaches and never had a migraine headache in his lifetime, Dr. Logan misdiagnosed the Plaintiff as suffering from an atypical headache and sent Plaintiff home with instructions to rest until feeling better.

7. After not feeling better, Plaintiff traveled to Anchorage where he sought other medical assistance and was properly diagnosed on August 30, 2008 as having suffered an ischemic stroke.

8. The Defendants failed to exercise the required degree of medical care for a physician in Nome, Alaska as required by A.S. 09.55.540 and Plaintiff did not receive appropriate treatment for his medical condition by Defendants Logan and Norton Sound Health Corporation.

9. The Defendants were negligent and their negligence was a legal cause of the Plaintiff's harm.

WHEREFORE: The Plaintiff claims damages against Bradley Logan, M.D. and the Norton Sound Health Corporation as follows:

1. Past and future special damages including but not limited to medical expenses, lost income, incidental and consequential damages in an amount to be proven at trial;

2. Past and future noneconomic damages in an amount to be proven at trial;

3. Costs, interest and attorney's fees incurred in prosecuting the captioned case; and,

4. Such other relief, including equitable relief, as the court deems just and appropriate under the circumstances.

DATED this 30th day of August 2010 at Anchorage, Alaska.

_____
Richard J. Helms
Alaska Bar No. 0805020