KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD HELMS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BRADLEY LOGAN, M.D. and<br>NORTON SOUND HEALTH<br>CORPORATION, An Alaska<br>Corporation,<br><br>　　　　　　Defendants. | Case No. 3:11-cv-00062-TMB<br><br><br>**MOTION TO DISMISS**<br>**COMPLAINT WITHOUT**<br>**PREJUDICE FOR FAILURE TO**<br>**EXHAUST ADMINISTRATIVE**<br>**REMEDIES UNDER THE FTCA** |

The United States moves, pursuant to FRCP 12(b)(1), to dismiss Plaintiff's

Complaint without prejudice for failure to properly exhaust the administrative remedies

under the Federal Tort Claims Act, 28 U.S.C. §2675, which is a jurisdictional prerequisite

to filing this tort lawsuit against the United States.[1]  This motion is supported by the concurrently filed memorandum and the pleadings and exhibits referenced therein.

RESPECTFULLY SUBMITTED May 4, 2011, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Gary Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3379
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
Alaska Bar No. 8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2011,
a copy of the foregoing **MOTION TO DISMISS THE COMPLAINT** *WITHOUT PREJUDICE* **FOR FAILURE TO EXHAUST ADMINISTRATIVE CLAIM**
was served electronically on:

Richard J. Helms

and via U.S. Mail on:

Bradley Logan, M.D.
13046 Race Track  Rd. #242
Tampa, FL 33626

s/Gary M. Guarino

---

[1] The United States has filed a Motion to Substitute for Norton Sound Health Corporation as the proper party Defendant. [Docket 6]

Helms  v. Logan et al.
Case No. 3:11-cv-00062-TMB                          2