**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

RICHARD HELMS,
      Plaintiff,

Case Number 3:11-cv-00062-TMB

v.

BRADLEY LOGAN, M.D.,
UNITED STATES OF AMERICA,
      Defendant.      **JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the plaintiff recover nothing, the action be dismissed without prejudice, and the defendant Bradley Logan, M.D., and United States of America recover costs from the plaintiff Richard Helms.

APPROVED:

/s/ TIMOTHY M. BURGESS
United States District Judge

Date: June 9, 2011

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

      MARVEL HANSBRAUGH
      Marvel Hansbraugh,
      Clerk of Court

[311-cv-62 Judgment.wpd]{JMT2.WPT*Rev.3/03}