IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| RICHARD HELMS, | |
|---|---|
| Plaintiff, | Case No. 3:11-cv-00062-TMB |
| vs. | |
| BRADLEY LOGAN, M.D. and UNITED STATES OF AMERICA, | O R D E R<br>re Motion to Reconsider |
| Defendants. | |

This court, having considered Richard Helms' Motion for Reconsideration, hereby **ORDERS** that the motion is **GRANTED**.

The court's Order of Dismissal at Docket 20 and Judgment at Docket 21 are hereby vacated as to the claims against Defendant Bradley Logan, M.D., and the case against Logan is hereby **REMANDED** to the Alaska Superior Court. This Order does not affect the Court's dismissal of all claims against the United States of America.

Dated at Anchorage, Alaska, this 3rd day of August, 2011.

/s/ Timothy Burgess

TIMOTHY M. BURGESS
U. S. DISTRICT JUDGE