**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

RICHARD HELMS,
        Plaintiff,

Case Number 3:11-cv-00062-TMB

v.

BRADLEY LOGAN, M.D.,
UNITED STATES OF AMERICA,     **AMENDED**
        Defendant.         **JUDGMENT IN A CIVIL CASE**

\_   **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT plaintiff's claims against the defendant United States of America are **DISMISSED** and the remaining claims against defendant Bradley Logan, M.D., are **REMANDED** to Alaska Superior Court.

APPROVED:


/s/ TIMOTHY M. BURGESS
United States District Judge


Date: August 8, 2011

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

        MARVEL HANSBRAUGH
        Marvel Hansbraugh,
        Clerk of Court

[Logan judgment.wpd]{JMT2.WPT*Rev.3/03}